PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 7625 LORDSBURG DR., BAKERSFIELD, CA 93309 | CASE NO. 5:19-SW-00062-JLT<br><br>ORDER TO UNSEAL |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, search warrant application, and related documents in the above-captioned matter be, and are, hereby ordered unsealed.

Dated: February 27, 2024

_____
The Honorable Christopher D. Baker
UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL